No. 1375. McMURRAY v. WENDELKEN. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that the Court of Appeals denied petitioner the benefit of controlling Mississippi law in reversing the judgment and directing dismissal of the case. *John Joseph Leahy* for petitioner. *David Cottrell, Jr.,* for respondent.

No. 722, Misc. HINCKLEY ET AL. v. TUTUSKA, SHERIFF. Ct. App. N. Y. Certiorari denied. *Michael F. Dillon* for respondent.

No. 868, Misc. GOTTSCHALK v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Orange. Certiorari denied. *David R. Cadwell* for petitioner.

No. 1177, Misc. BUTLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1411, Misc. HAMLETT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1426, Misc. FINN v. COMSTOCK, CONSERVATION CENTER SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1430, Misc. COLE v. RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied. *Philip M. Carden* for petitioner. *George F. McCanless,* Attorney General of Tennessee, for respondent.

No. 1436, Misc. RODRIQUEZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.